IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDMOND McCLINTON                                              PETITIONER

vs.                  Civil Case No. 5:05CV00303 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                             RESPONDENT

### ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to the arguments raised by Respondent in his Response. Specifically, Petitioner should explain why he did not appeal the circuit court's ruling denying his petition for mandamus to the Arkansas Supreme Court. Petitioner should also explain why he contends Ark. Code Ann. § 16-93-607(d), referring to first offenders, applies to him in light of the fact that, prior to his guilty plea to the charge of murder, a jury convicted him of two counts of aggravated robbery, and why § 16-93-607(c)(3), referring to second offenders who plead guilty to, or are convicted of, a class Y felony, does not apply to him. Petitioner may reply to any other issue raised in the Response.

SO ORDERED this 7th day of December, 2005.

_____
United States Magistrate Judge